1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, an unincorporated association,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL McCARRON, an individual,<br><br>            Defendant. | Case No. 2:14-CV-02762 JVS (JCx)<br><br>JUDGMENT<br><br>Honorable James V. Selna<br><br>DATE:    May 26, 2015<br>TIME:    1:30 P.M.<br>CRTRM:  10C |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIM. | Pretrial Conf.:  May 26, 2015<br>Trial Date:      June 9, 2015 |

For the reasons so stated in its orders, including ECF No. 191, and at the hearing on May 26, 2015, and pursuant to Fed. R. Civ. P. 54(b):

(1) The Court hereby certifies and enters judgment in favor of Plaintiff Southwest Regional Council of Carpenters against Defendant Michael McCarron, also known as William Michael McCarron, on its sole remaining claim under Section 501(a) of the Labor Management Reporting and Disclosure Act (29 U.S.C. § 501(a)) for $5,364,970.10.  There is no just reason for delay with all claims by the Southwest Regional Council of Carpenters against Michael McCarron, also known as William Michael McCarron, having been fully litigated and resolved in favor of the Southwest Regional Council of Carpenters.

(2) Further, the Court hereby certifies and enters judgment in favor of Counterdefendant Southwest Regional Council of Carpenters against Counterclaimant Michael McCarron, also known as William Michael McCarron, on all counterclaims. Counterclaimant shall take nothing.  There is no just reason for delay with all counterclaims by Michael McCarron, also known as William Michael McCarron, against the Southwest Regional Council of Carpenters having been fully litigated and resolved in favor of the Southwest Regional Council of Carpenters.

(3) Plaintiff/Counterdefendant Southwest Regional Council of Carpenters shall recover its costs.

(4) This certified final judgment ends all claims and counterclaims between the Southwest Regional Council of Carpenters and Michael McCarron, also known as William Michael McCarron.

1  (5)  The Court stays enforcement of the Judgment, except that Southwest
2  Regional Council of Carpenters may perfect liens on the property of Michael McCarron
3  but without further order of the Court may not enforce such liens or levy on the property
4  of Michael McCarron

IT IS SO ORDERED.

DATED: June 04, 2015

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE