UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, an unincorporated association,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL McCARRON, an individual,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIM. | Case No. 2:14-CV-02762 JVS (JCx)<br><br>**JUDGMENT**<br><br>Honorable James V. Selna |

The Court hereby enters judgment in favor of Third-Party Defendant Southwest Carpenters Training Fund against Third-Party Plaintiff Michael McCarron, also known as William Michael McCarron, on all third-party claims against Southwest Carpenters Training Fund in accordance with the Court's order of dismissal dated May 16, 2016.

Third-Party Defendant Southwest Carpenters Training Fund shall recover its costs.

IT IS SO ORDERED.

DATED: May 20, 2016

_____
Honorable James V. Selna
United States District Judge