Carleton R. Burch (Bar No. 130701)
crb@amclaw.com
David J. Billings (Bar No. 175383)
djb@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard
Suite 4000
Los Angeles, California  90017-3623
Telephone: (213) 688-0080
Facsimile: (213) 622-7594

Craig D. Singer
CSinger@wc.com
Jonathan M. Landy
JLandy@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*Admitted Pro Hac Vice*

Attorneys for SOUTHWEST
CARPENTERS TRAINING FUND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>             Plaintiff,<br><br>    vs.<br><br>MICHAEL McCARRON,<br><br>             Defendant. | Case No. 2:14-cv-02762-JVS-JC<br><br>**JUDGMENT** |
| MICHAEL McCARRON,<br><br>             Third Party Plaintiff,<br><br>    vs.<br><br>DeCARLO & SHANLEY, a Professional Corporation; SOUTHWEST CARPENTERS TRAINING FUND; DOES 1-100,<br><br>             Third Party Defendants. | |

1472344.1 06063-001

1

[PROPOSED] JUDGMENT

For the reasons stated in its orders, including ECF Nos. 458, 458-1, and 469, and at the hearing on May 16, 2016, and in accordance with the Court's Order that the May 20, 2016 judgment is a final and appealable judgment under Federal Rule of Civil Procedure 54(b) and that Third-Party Defendant Southwest Carpenters Training Fund submit an amended form of judgment pursuant to Federal Rule of Civil Procedure 54(b):

The Court hereby certifies and enters judgment in favor of Third-Party Defendant Southwest Carpenters Training Fund against Third-Party Plaintiff Michael McCarron, on all of Michael McCarron's claims against the Southwest Carpenters Training Fund, including Michael McCarron's claims for indemnity, contribution, restitution, conversion, money had and received, mistaken receipt, and conspiracy. There is no just reason for delay, as all claims by Michael McCarron against the Southwest Carpenters Training Fund have been dismissed with prejudice.

This certified final judgment ends all claims between Michael McCarron and the Southwest Carpenters Training Fund.

**IT IS SO ORDERED.**

DATED: July 01, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE