# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CV 14-02762 JVS (JCx) |
| Date | September 29, 2016 |
| Title | Southwest Regional Counsel of Carpenters v. Michael McCarron |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION and ORDER CONTINUING SCHEDULING CONFERENCE

The Court, on its own motion, hereby ORDERS Third Party Plaintiff, Michael McCarron, to Show Cause (OSC) in writing no later than **October 13, 2016**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Third Party Plaintiff, the Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

**X** Proof of service of summons and Amended Third Party Complaint as to Third Party Defendants

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

**The Court CONTINUES the Scheduling Conference set for Monday, October 3, 2016 to Monday, October 24, 2016 at 11:30 a.m.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |