UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, an unincorporated association,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL McCARRON, an individual,<br><br>    Defendant. | Case No. 2:14-CV-02762 JVS (JCx)<br><br>**JUDGMENT**<br><br>Honorable James V. Selna |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIM. | Pretrial Conf.:   Not Set<br>Trial Date:      Not Set |

For the reasons so stated in its orders:

(1) The Court hereby enters judgment as to liability in favor of Plaintiff Southwest Regional Council of Carpenters against Defendant Michael McCarron, also known as William Michael McCarron, on its sole remaining claim under Section 501(a) of the Labor Management Reporting and Disclosure Act (29 U.S.C. § 501(a)).

(2) The Court hereby enters judgment in favor of Counterdefendant Southwest Regional Council of Carpenters against Counterclaimant Michael McCarron, also known as William Michael McCarron, on all counterclaims. Counterclaimant shall take nothing.

(3) The Court hereby enters judgment in favor of Third-Party Defendant DeCarlo & Shanley, A Professional Corporation against Third-Party Plaintiff Michael McCarron, also known as William Michael McCarron, on all third-party claims. Third-Party Plaintiff shall take nothing.

(4) This certified final judgment ends all claims, counterclaims, and third-party claims among the Southwest Regional Council of Carpenters, DeCarlo & Shanley, A Professional Corporation, and Michael McCarron, also known as William Michael McCarron.

IT IS SO ORDERED.

DATED: November 28, 2018

_____
Hon. James V. Selna
United States District Judge