# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Southwest Regional Council of Carpenters

V.                                    Case Number: 2:14-cv-02762 JVS (JCx)

Michael McCarron

Judgment was entered in this action on  01/04/2019 / 510  against  Michael McCarron .
                                                     Date    Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---:|
| Filing fees: see L.R. 54-3.1 | $400.00 |
| Fees for service of process: see L.R. 54-3.2 | $5,509.91 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | $127.50 |
| Depositions: see L.R. 54-3.5 | $19,995.47 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $495.53 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$26,528.41** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

/s/ Daniel M. Shanley                                    Daniel M. Shanley
Signature                                                       Print Name

Attorney for: Southwest Regional Council of Carpenters, DeCarlo & Shanley

Costs are taxed in the amount of  $26,528.41

_____   By: _____   _____
Clerk of Court                            Deputy Clerk                             Date

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Amy Gorton, Los Angeles, CA 90065 | 1 | $53.00 | | | | | $53.00 |
| Benjamin Rodriguez, Whittier, CA 90604 | 1 | $65.53 | | | | | $65.53 |
| Michelle McCarron, Los Angeles, CA 90073 | 1 | $70.00 | | | | | $70.00 |
| Kathy McCarron, Simi Valley, CA 93065 | 1 | $86.00 | | | | | $86.00 |
| Yastmin Aguilar, Chatsworth, CA 91311 | 1 | $76.00 | | | | | $76.00 |
| Mike Olds, Garden Grove, CA 92840 | 1 | $72.00 | | | | | $72.00 |
| Larry O'Brien, Northridge, CA 91324 | 1 | $73.00 | | | | | $73.00 |
| | | | | | | TOTAL | $495.53 |